AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 09-CR-10258-DPW |
| Pharmacia & Upjohn Company, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by Indictment and consent to prosecution by information.

Date: _____09/15/2009_____

_[signature]_
PHARMACIA & UPJOHN COMPANY, INC
VICE PRESIDENT & SECRETARY
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Brien T. O'Connor
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Douglas P. Woodlock - U.S.D.J.
*Judge's printed name and title*