# EXHIBIT 2

Names of individuals are redacted from this document

NOTICE: The information contained in this document is for internal use only and should not be shared with external customers. Information contained in this document is priviledged and confidential. Parecoxib is currently under review by the FDA and language provided herein is in no way reflective of approved promotional material.



# REGIONAL SALES LAUNCH IMPLEMENTATION PLAN
### November 2001

1

Exempt from FOIA -
Confidential Treatment Requested

BEX001250638

# **Valdecoxib Pre-Approval Activities**

## **Objectives:**
1. Raise awareness about valdecoxib prior to approval and communicate begin to establish Celebrex and valdecoxib as optimal COX II portfolio
2. Establish valdecoxib as a new powerful COX II inhibitor offering a new level of efficacy combined with expected COX II safety.
3. Build national and regional advocates prior to approval
4. Establish a speakers bureau, consisting of 450 total speakers, that can effectively convey valdecoxib and Celebrex messages immediately following FDA approval of valdecoxib using a new COX II educational slide kit
5. Focus on 5 key specialties that combined will account for over 90% of valdecoxib scripts: Orthopedic Surgeons, Rheumatologists, Pain/Anesthesiology, Primary Care, and Sports Medicine

Note: The medical education activities for both Celebrex and Valdecoxib will be implemented with a COX II portfolio mindset, thereby requiring:
A. In all events, core messages for both products will be communicated, with some programs having a greater emphasis on Celebrex messages, and others on valdecoxib.
B. Great care will be taken to ensure that the same physicians are not invited to both Celebrex and Valdecoxib supported national and regional level events. While some key physicians will attend both valde and Celebrex programs, over 90% of attendees at these events will be complimentary, thereby expanding our overall reach and frequency for our portfolio.

## **Key Activities:**

### **National Advisory Boards:**

**Objectives:**
1. **Develop national advocates in each of the 5 priority specialties**
2. Obtain input into brand development and launch plan as well as life cycle plan
3. Train advocates to serve as Public Relations spokespeople

| DATE: | Speciality | Location |
|---|---|---|
| Nov 15-17 | Orthopedic Surgery | Bahamas |
| Nov 17-19 | Pain/Anes | Bahamas |

2

Exempt from FOIA -
Confidential Treatment Requested

BEX001250639

| | | |
|---|---|---|
| Nov 29-Dec 1 | Sports Medicine | Carlsbad, CA |
| Dec 1-Dec 3 | Rheumatology | Carlsbad, CA |
| Dec 7- Dec 9 | Primary Care | Aspen, CO |

Estimated number of attendees will be 15-20 for each advisory board.

Candidates for these advisory boards were selected based upon input from CSMs, RMRs, medical leaders within these speciality areas, and an evaluation of overall reputation and influence. Input was also obtained from Dan Duhard and his team for the composition of the sports advisory board.

List of final attendees will be shared with Paul Neeb for communication to all VPs and RSDs within the PHA and PFE sales organizations.

### National Consultant Meetings:

Objectives:
1. Develop regional level advocates for valdecoxib and our COX II portfolio
2. Develop a cadre of strong speakers who can support national and field implemented educational & promotional programs
3. Obtain input on core educational slide kit, which will be provided to attendees following FDA approval for use in all programs

| DATE | Specialty | Location | Estimated # Attendees |
|---|---|---|---|
| Oct 12-14 | Rheumatology | Colorado Springs | 81 |
| Oct 19-21 | Orthopedic Surgery | Beverly Hills | 100 |
| Oct 26-28 | Primary Care | Phoenix, AZ | 150 |
| Nov 9-11 | Pain/Anes | New York | 115 |

Note: Sports regional meetings will be held shortly after approval following completion of some important ongoing studies evaluating efficacy of valdecoxib for sports injuries/pain.

3

Exempt from FOIA -
Confidential Treatment Requested

BEX001250640

List of attendees was compiled based upon the input of CSMs, RMRs, CEMs and medical leaders. Note that CEMs, of course, made recommendations based upon input from local RSDs and/or DSMs. List of invited guests has been shared with Paul Neeb, and final list of attendees will be automatically provided to Paul for communication to regional sales offices for local follow up and planning purposes.

All future regional consultant meetings' attendees will be selected by the field sales organization, as we move to influence high prescribers within each region of the country following FDA approval. Input from field sales force will be coordinated by Paul Neeb, and communicated to the Marketing Team.

## Managed Care Panels & Regional Consultant Meetings:

Objectives:
1. Build awareness about valdecoxib prior to approval among key customers while obtaining feedback on launch plan and strategy
2. Establish COX II portfolio as optimal pair of products covering spectrum of arthritis and pain relief
3. Develop advocates within MHC arena
4. Develop speakers bureau for MHC

| Date | Event |
|---|---|
| Oct 17-19 | 10 Advisory Panels |
| Nov 30-Dec 2 | East Coast Regional Consultant Mtg (60 participants) |
| Dec 7 – Dec 9 | West Coast Regional Consultant Mtg (60 participants) |
| TBD | National Advisory Board |
| TBD | Speakers Bureau Training |

Attendees selected by PHA and PFE account management team. List of attendees compiled by customer development unit.

## Congress & Symposia:

Objectives:
1. Build awareness about valdecoxib

4

Exempt from FOIA -
Confidential Treatment Requested

BEX001250641

2. Begin to establish valdecoxib as a powerful COX II inhibitor offering a high level of efficacy combined with COX II safety
3. Establish Celebrex and valdecoxib as optimal pair of COX II inhibitors covering spectrum of pain relief
4. Release key data through abstract and poster presentations

**A number of key symposia are ongoing at meetings targeting the following audiences in 2001:**

- Rheumatologists
- Orthopedic Surgeons
- Primary Care
- Managed Care
- Pain
- Gastroenterology
- Emergency Medicine
- Cardiology
- General Surgery

Key events are listed on master calendar of events.

5

Exempt from FOIA -
Confidential Treatment Requested

BEX001250642

# Bextra's Unique Attributes

|  | Different | Not Different |
|---|---|---|
| **Important** | • Efficacy comparable to oxycodone/acetaminophen combination<br>⇒ Non-addictive/non-narcotic<br>• Faster onset (than Vioxx)<br>• Wide applicability in a broad range of conditions<br>• IV/PO formulations in development | • Once daily dosing<br>• Avoids NSAIDs and Narcoti side effect/safety issues (nc unique from other COX-2s)<br>• Effective for OA<br><br>**(Ticket to entry attributes** |
| **Important/ Less critical** | • Pre-operative use<br>• Opioid sparing | • No effect on platelet function/bleeding time (not unique from other COX-2s) |

6

Exempt from FOIA -
Confidential Treatment Requested

BEX001250643

# Business Strategy

## Vision

> *Bextra will own the **POWER** position*

## Our Goal

**Establish Bextra and Celebrex as the most successful COX-2 portfolio in the world with the long-term goal of number 1 and 2 products (in any order) within all major markets in terms of sales and market share.**

Exempt from FOIA -
Confidential Treatment Requested

BEX001250644

# Targeting Plan

- Market definition designed to capture value from NSAIDs, non-narcotics and narcotics
- Key targets selected based on prescription data and adoption rates

Focus on top 8 deciles: ~ 115,000 physicians

| Target Audience | Bextra targets |
|---|---|
| FP, GP, IM | 74,153 |
| Orthopedic Surgeons | 13,785 |
| Neurologists | 3,485 |
| Emergency Medicine | 3,099 |
| Rheumatologists | 2,587 |
| Podiatrists | 2,128 |
| Cardiologists | 1,377 |
| Ob/Gyns | 1,295 |
| General Surgeons | 1,284 |
| Others | 16,042 |
| Total | 114,646 |

8