# EXHIBIT 3

Names of individuals are redacted from this document



# Pharmacia

# Clinical Education

# POA III 2001

Exempt from FOIA -
Confidential Treatment Requested

BEX000395703

# CEM Role & Responsibility

- Resource to Field Sales
- Advocate Development
- Speaker Training
- OL Contact
- "Own" Key Relationships
- Talent Search
- Present Fresh Data
- Compliment CSMs
- Market Conduit to Field
- PE Strategy & Guideline Compliance
- Consultant Programs / Panels
- Hidden Opportunities
- Competitive Intelligence


# Clinical Education POA III
## Arthritis & Pain

- CME Audio-conferences & Dinners
- Consultant Programs
- Project Storm
- "Best of the Best" List
- Advocate Evolution
- Guidelines
- PETS
- POAs
- Celebrex PCP Meetings
- Valdecoxib Advisory Panels



Exempt from FOIA -
Confidential Treatment Requested

BEX000395712

Clinical Education POA III
Valdecoxib Pre Launch

- Advisory Board Meetings
  - Invitation List driven from CEMs & DSMs
  - Four National {15/meeting}

| | | |
|---|---|---|
| – Pain | Oct 10-12 | New Orleans |
| – Rheumatology | Nov 7-9 | San Francisco |
| – ORS | Nov 16-18 | Bahamas |
| – Sports Medicine | Nov 30-Dec 2 | Phoenix/San Diego |

  - Four Regional {100/meeting}

| | | |
|---|---|---|
| – Rheumatology | Oct 12-14 | Colorado Springs |
| – ORS | Oct 19-21 | Beverly Hills |
| – Primary Care | Oct 26-28 | Phoenix |
| – Pain | Nov 9-11 | New York City |

Exempt from FOIA -
Confidential Treatment Requested

# The *"How To"* of Advocate Development

From This:

To This:
Pharmacia

Exempt from FOIA -
Confidential Treatment Requested

BEX000395714



# Who's Who?

- Key Opinion Leader
  - Their views count, institutional based, may or may not speak, have influence.
- Advocate
  - One who will deliver a solid product message, understands data, knows competitive information, positive message.
- Speaker
  - Present balanced information, not advocating one product over the other.

Exempt from FOIA -
Confidential Treatment Requested

BEX000395715



# The Advocate Evolution



- Farm League
  - Local, Trial, Small Roundtables
- Major League
  - District, Region
  - Experience, Dinners/Programs
- All Star Team
  - Regional/National
  - Respected

Exempt from FOIA -
Confidential Treatment Requested

BEX000395716



The Advocate Evolution
Representative
Call Access
Desire to Speak
Product Supporter
Conduct Preceptorship
Conduct Detail Clinic
Conduct Objection Session
Attend Local Programs
Rep Submit CV & Inform to DSM
DSM & CEM Discuss Physician
Set up Meeting w/ DSM & CEM
Willingness to Advocate Message
Able to Handle Objections
Coachable
CEM Review Slides
Rep Set Up Trial Presentaion
Feedback Session
Set Up Small Roudtable
Submit Name for Advocate Develpment
CEM Promote to Area
CEM & CSM Visit
Share Fresh Data/Information
Advisory Board
Consultant
A True Advocate

Exempt from FOIA -
Confidential Treatment Requested

BEX000395717