# EXHIBIT 4

Names of individuals are redacted from this document

# COX II Medical Education Plan

BEXTRA & CELEBREX, 2002

**PHARMACIA** 

Exempt from FOIA
Confidential Treatment Requested

BEX005112179

## COX-2 Portfolio

*Opportunities offered by launch of BEXTRA*

- Capture market share of existing COX-2 market at expense of competition

- Support growth of COX-2s through further penetration of traditional NSAID marketplace

    - 60%+ of the NSAID market today composed of traditional NSAIDs

- Capture market share in opioid & opioid-combination market

2

2

Exempt from FOIA
Confidential Treatment Requested

## COX-2 Portfolio

*Medical Education Strategy*

- Convert existing advocate base into portfolio advocates
  - Focus on priority prescribing specialties: OS, Rheumatology, Primary Care, Pain
  - Complement existing CELEBREX advocate base with new advocates in areas such as Pain
- Utilize medical education to complement field sales activities in driving key portfolio messages for CELEBREX and BEXTRA
  - Broaden CELEBREX awareness and dispel unfavorable perceptions
  - Establish BEXTRA awareness prior to and drive rapid uptake after launch
- Coordinate congress, association, and grant activities
  - Create novel programs
  - Deliver portfolio messages to target audiences

**Maximize Portfolio Market Share While Growing the A&P Market**

3

3

Exempt from FOIA
Confidential Treatment Requested

BEX005112181

## Core Messages for Celebrex

- **Efficacy**
  - Proven efficacy in OA, RA, Acute Pain, Primary Dysmenorrhea and FAP
    - Pain – Gimbel, ankle sprain (127/138)
    - Primary Dysmenorrhea (129/130)
    - OA – vs. naproxen, vioxx (152/003)
    - Functionality – WOMAC composite score (discuss importance, data and differentiation)
    - RA – vs. naproxen (only COX-2 approved by FDA); vs. diclo (6 months study)
    - FAP
- **GI**
  - Large outcomes studies show that COX-2s should be used 1st line (value)
    - Excellent upper GI tolerability
    - Highlight issues with traditional NSAIDs (i.e., 4 out of 5 NSAID pts asymptomatic prior event)
    - CLASS (6 and 12 mo); VIGOR shows similar results
    - SUCCESS 1 (include outcomes data on hospitalizations, etc.)
  - NDA – lower endoscopic ulceration rate regardless of ASA use vs. NSAIDs

4

4

Exempt from FOIA
Confidential Treatment Requested

BEX005112182

## Core Messages for Celebrex

- **Cardio/renal**
  - 1. Can dose to efficacy, Celebrex has no dependent side effects
  - 2. Each molecule is different
  - □ • No dose dependent increases in hypertension/edema (up to 800mg)
  - □ • No difference in MI rates compared to NSAIDs
  - □ • Each COX-2 is different – SBP, edema (Study 149/181); interaction with Ace inhibitors (048)

5

5

Exempt from FOIA
Confidential Treatment Requested

BEX005112183

## Core Messages for BEXTRA

- Pain
  - New level of efficacy, equivalent to an oxycodone / acetaminophen (Tylox) combination product
  - Fast onset of action (<30 min), rapid relief of pain
  - Quicker onset and higher magnitude vs Vioxx
  - BEXTRA reduces the amount of opioids used by 40%
  - Used preoperatively, BEXTRA reduces post operative pain
  - Effective in low back pain
- Arthritis
  - As effective as highest recommended doses of traditional NSAIDs for OA and RA
  - OA/RA data supports long term analgesic and functional efficacy of BEXTRA
  - In RA, effective for even patients taking DMARDs
  - Effective as early as day 1 for OA

6

6

Exempt from FOIA
Confidential Treatment Requested

BEX005112184

## Clinical Profile Supports Following
## Core Messages for BEXTRA

- Safety & Tolerability
  - Superior GI safety and platelet effects vs NSAIDs
  - Safe cardiovascular and renal profile
    - Incidence of Edema, Hypertension, and Cardiovascular side effects in clinical trials was similar to comparative NSAIDs (naproxen)
- Dosing
  - Simple QD dosing offering 24 hour duration for OA & RA
  - Primary Dysmenorrhea: 20 mg bid PRN

7

7

Exempt from FOIA
Confidential Treatment Requested



Exempt from FOIA
Confidential Treatment Requested

BEX005112186



Exempt from FOIA
Confidential Treatment Requested

BEX005112187

## Speaker Development

- Initial training provided to 400 physicians from around the country:
  - Pain
  - Rheumatology
  - Primary Care
  - Orthopedic Surgery
- 60+ speakers trained within each RBC
- Action steps between now and launch to improve speaker base:
  - CSMs follow up locally with each trained speaker to provide follow up training on BEXTRA data and speaking skills
  - Compliment existing speaker base with approximately 40 additional speakers per RBC through CEM team
    - o Additional speakers selected based on RSD input (per RBC plans)
    - o Utilize existing CELEBREX consultants/speakers
    - o Utilize local training using core valdecoxib data slides and general pain slides

10

10

Exempt from FOIA
Confidential Treatment Requested

BEX005112188

## 2002 Plan

11

11

Exempt from FOIA
Confidential Treatment Requested

BEX005112189

Exempt from FOIA
Confidential Treatment Requested



## COX-2 Portfolio 2002: Advocacy Plan

*Strengthening the Advocacy Base for the COX-2 Portfolio*

**Physician Specialties**

- OS / Sport Medicine
- Rheumatology
- Primary Care
- Pain & Anesthesiology
- Gastroenterology
- Cardiology
- Neurology

COX-2 Steering Committee (20)

Influence

National Advisors (100)

Train / Influence

COX-2 Speakers Bureau (~650)

Train / Influence

Regional Consultants (2,400)

Number of Events: 2
Reach: 20 Total; ~2 - 3 Physicians/ Specialty

Number of Events: 12
Reach: 20 PCPs; 80 Specialty

Number of Events: 6
Reach: 150 PCPs; 500 Specialty
Timing: March, 2002

Number of Events: 24
Reach: 1,200 PCPs; 1,200 Specialty
March – May, 2002

13

13

Exempt from FOIA
Confidential Treatment Requested



Exempt from FOIA
Confidential Treatment Requested

BEX005112192

## National Consultant Meetings

**Objective:**
- To convene medically and/or academically distinguished physicians at a national forum that allows them to provide feedback on
  - Recent clinical data
  - Cyclooxygenase-2 (COX-2) commercial development strategies
  - Content of COX-2 CME slide set
  - Current and future clinical investigations

**When/Where:**
- March 15-17 – Orlando ,FL
  - Rheumatology; Primary Care; GI
- April 5-7 – New York City
  - Pain Specialist; Orthopedic Surgeons
- Cardiologists (TBD)
- Agencies: BLP (specialty meetings); Apothecom (Primary Care)

**Attendees:**
- 100-150 PCP, Orthopedic Surgeons , Rheumatologists
- 50 GI, Cardiologists

**Communication to Sales:**
- Sales force will approve invitation lists
- Sales leads to receive bi-weekly update regarding acceptance lists for mtgs
- Educational slide kits to be distributed by CSMs to attendees post meeting
- Extra educational kits provided to CSMs to cover needs for additional local speakers

15

15

Exempt from FOIA
Confidential Treatment Requested

BEX005112193



Exempt from FOIA
Confidential Treatment Requested

BEX005112194

## Regional Consultant Meetings

**Objective:**
- To convene medically and/or academically distinguished physicians at a regional forum that allows them to provide feedback on
  - Recent clinical data
  - Cyclooxygenase-2 (COX-2) commercial development strategies
  - Regional issues that impact medical practice

**When/Where:**
- April –June
  - 6 Primary Care meetings (Agency: Apothecom)
  - 6 Rheumatology and 6 Orthopedic Surgeon programs (Agency: BLP)
  - 2 Pain Specialist Programs (Agency: BLP)

**Attendees:**
- 75 physicians per program
- High experienced NSAID/COX-2 physicians
- Physicians who did NOT attend National Consultant Meetings

**Sales Communication:**
- Sales will develop invitation lists & identify local lead for each regional meeting
- Lists to be jointly approved by PHA and PFE sales leads for each meeting
- Leads will receive bi-weekly updates regarding acceptance rate for each meeting and meeting evaluation summary post meeting
- Select number of CEMs (5), RSDs (4) allowed to attend each mtg

17

Exempt from FOIA
Confidential Treatment Requested

BEX005112195

## Regional Consultant Meetings: Schedule

| REGION | SPECIALTY | DATE | CITY, STATE |
|---|---|---|---|
| Princeton | Ortho | 5/31 – 6/2 | Boston, MA |
| | Rheum | 4/19 – 4/21 | New York, NY |
| | PCP | 6/21 – 6/23 | New York, NY |
| | | | |
| Irvine | Ortho | 5/3 – 5/5 | Los Angeles, CA |
| | Rheum | 4/19 – 4/21 | San Francisco, CA |
| | PCP | 5/17 – 5/19 | San Diego, CA |
| | | | |
| Dallas | Ortho | 6/21 – 6/23 | Dallas, TX |
| | Rheum | 5/3 – 5/5 | Dallas, TX |
| | PCP | 5/31 – 6/2 | San Antonilo, TX |
| | | | |
| Atlanta | Ortho | 5/3 – 5/5 | Charleston, SC |
| | Rheum | 4/26 – 4/28 | Atlanta, GA |
| | PCP | 5/31 – 6/2 | Miami, FL |
| | | | |
| Cincinnati | Ortho | 6/7 – 6/9 | Traverse City, MI |
| | Rheum | 4/26 – 4/28 | Baltimore, MD |
| | PCP | 6/7 – 6/9 | Washington, DC |
| | | | |
| Chicago | Ortho | 6/7 – 6/9 | Chicago, IL |
| | Rheum | 5/31 – 6/2 | Chicago, IL |
| | PCP | 5/3 – 5/5 | Chicago, IL |
| | | | |
| Pain East | Pain Specialist | 4/26–4/28 | TBD |
| Pain West | Pain Specialist | 6/21–6/23 | San Fransico |

18

Exempt from FOIA
Confidential Treatment Requested

BEX005112196

## Advocacy Development Plan: Timeline

| Jan | Feb | Mar | Apr | May |
|-----|-----|-----|-----|-----|

Nat'l Steering
Committee

Nat'l Advisory
Boards

Nat'l Consultant
& Speakers Mtgs

Regional Consultant
Mtgs (1/region)

19

19

Exempt from FOIA
Confidential Treatment Requested

BEX005112197

## Educational Slide Kit

- Comprehensive educational kit developed by third party (via unrestricted educational grant) for use during CME or consultant meeting events

- Kit will feature specialty specific presentations for each major audience:
  - Primary Care
  - Orthopedic Surgery/Sports
  - Rheumatology
  - Pain

- CSMs & CEMs will deliver kits to attendees of national consultant meeting
  - Extra kits provided to CSMs for development of additional local speakers or for those physicians who could not attend national mtgs

- Timing: Completed kit available on CD Roms for distribution by March 20th, 2002

- *Note: Educational Kit cannot be used by speakers during promotional meetings set up by PHA or PFE*

20

20

Exempt from FOIA
Confidential Treatment Requested

BEX005112198



Exempt from FOIA
Confidential Treatment Requested

BEX005112199

## National Visiting Professor Program

- CME educational programs featuring nationally recognized thought leaders
  - Faculty trained thoroughly in program specific training sessions
- Specialty specific programs
  - PCP programs will feature two speakers, one PCP & one Pain specialist
  - Physician guests will observe "cooking sessions" and, following lecture, physicians and guests will be treated to wine tasting and meal prepared during "cooking session"
  - Specialty meetings will feature lectures, case studies, and wine tasting following CME program

- Target highest-potential metropolitan markets

- Total number: 65 programs total (sales will choose locations of meetings)

  - 30 primary care; 15 orthopedic surgeons;  10 pain; 10 rheumatology

  - Local field lead from either PHA or PFE will be identified for each meeting, and will work with agency to determine invitee list for each meeting

- Timing: May – October 2002

- Reach: 40 attendees per meeting

- Agencies: Impact (specialty meetings); Apothecom (primary care)            22

22

Exempt from FOIA
Confidential Treatment Requested

BEX005112200

## COX-2 Field Driven / Invited Programs 2002

### Local Round Tables

- CSM/RMR led specialty specific programs designed to deliver key data and provide a forum for input on data, marketing efforts, and clinical development program
- Process:
    - Meetings set up by CSMs or RMRs
    - Field selects physicians to attend
    - Facilitated by CSMs/RMRs
- Topics: To be determined based on new data availability and field need
- Funding: $175,000
- Timing: Feb – May
    - Every CSM to hold 2 meetings between mid Feb and end of April

23

23

Exempt from FOIA
Confidential Treatment Requested

BEX005112201

## COX-2 Field Driven / Invited Programs 2002

**Local Consultant Meeting**

- Specialty specific programs designed to obtain input on key data and to understand local market needs related to patient care and physician education
  - Hosted by CEMs or CSMs; One RSD or DSM able to attend each mtg
  - Moderated by trained moderator
- Survey administered during meeting to identify local and national-level influencers
  - Follow up meetings held to reach local & national level influencers
- Attendance: 100 total meetings with 15 physicians per meeting
  - Current Vioxx supporters will comprise 65% of attendees in each meeting
- Timing: March – October, 2002
- Target highest-volume markets: Sales to choose locations for meetings
- Sales will identify local lead from either PHA or PFE to work with agency in finalizing logistics and invitee list per meeting; mtg summary to follow after completion of event
- Total reach: 3000 physicians possessing extensive experience and expertise
- Agency: RX Group

24

24

Exempt from FOIA
Confidential Treatment Requested

## COX-2 Field Driven  Field CME Programs 2002

### Local CME Programs

- Local meetings featuring COX-2 trained speakers armed with 2002 COX-2 CME slide kit and trained during National Consultant Meeting

- Implemented by sales force working directly with educational agency

- Process –Regulatory and CME mandated:
    - Local sales force initiates request for CME meeting and obtains approval from local sales management
    - Sales force requests agency (BLP) to organize local CME meeting
    - Agency sets up meeting logistics, delivers invitations (sales selects invitees), helps with recruitment, and tracks attendance
    - Agency secures speaker from "COX II Speakers Bureau"
    - Updates regarding # meetings and funds available provided on a monthly basis to each region and brand management

- Budget: $900,000 for both PHA and PFE; Funds to be allocated among sales force by sales leadership of both companies

- Timing: April – December, 2002

25

Exempt from FOIA
Confidential Treatment Requested

BEX005112203

## COX-2 Field Driven / Invited Programs 2002

**Steadman Hawkins**

– Nationally-based program targeting orthopedic surgeons

– Attendees and speakers are top-tier orthopedic surgeons

– Reach: 30 physicians X 3 Programs = 90 Total

– Selected physicians attend  Steadman Hawkins clinics in Colorado to consult and/or be Speakers Trained on Bextra and Celebrex

– Attraction:  Physicians also learn new and/or innovative surgical techniques in orthopedic via live viewing

– Upcoming clinics: January  '02, March '02, Dec '02

    –Physicians for January '02 Program selected and invites are out

– Funding only comes from CELEBREX budget, but BEXTRA will benefit from COX-2 portfolio presence

26

26

Exempt from FOIA
Confidential Treatment Requested

BEX005112204

## COX-2 Field Driven / Invited Programs 2002

### Disadvocate

- Regionally-based program that targets physicians who are not CELEBREX or Bextra advocates (NSAID /VIOXX users/advocates or depending on timeframe, physicians who are taking too etoricoxib)

- Rollout POA 2, POA 3 timeframe

- Field to provide list of physician targets

- Exact programs will are being worked through with Regulatory Committee
    - Peer to Peer programs were declined
    - Currently assessing utilizing round table format
    - Field suggestions welcome

- Funding only comes from CELEBREX budget, but BEXTRA will benefit from COX-2 portfolio presence

27

27

Exempt from FOIA
Confidential Treatment Requested



Exempt from FOIA
Confidential Treatment Requested

BEX005112206

## National CME Teleconferences

- Description:

  - Interactive CME teleconferences featuring national experts in pain & arthritis

  - At least 3 rounds in 2002 -- 1st Round scheduled for POA 1 to focus on Celebrex and Bextra Pain Data
  - Doctors will have multiple opportunities to participate in each teleconference

- Topics:
  - Emerging Trends in Acute Pain and Surgical Pain Management: The Role of COX 2–specific Inhibitors
  - Evolving Trends in Understanding Pain Management: The Role of COX-2– specific Inhibitors

- Process for Implementation:
  - Field provided invitations for programs
  - Representatives invite MDs to participate by distributing invitations
  - MDs register via phone
  - CME provider distributes program materials (slides, syllabus, test) through mail for delivery 2 days before program
  - Monthly updates regarding participation sent to RSDs and DMs

- Timing: Teleconferences will initiate in April, 2002

29

29

Exempt from FOIA
Confidential Treatment Requested

BEX005112207

## "Meet the Experts" Recording

- Purpose: Provide target physicians with an overview of BEXTRA from a key opinion leader who participated in BEXTRA clinical trials

- Description:
  - 20 minute promotional audio-conference featuring .
  - Provides thorough promotional overview of BEXTRA
  - Recording will be accessible 24 hours a day, 7 days a week

- Implementation Process:
  - Representatives provided invitations for target physicians
  - Representatives distribute invites, and encourage physician participation
  - Representatives allowed to be present while physicians listen to recording (lunch and learns, promotional dinner programs)

- Timing:  March 18th, 2002

30

30

Exempt from FOIA
Confidential Treatment Requested

BEX005112208

## Online CME Programs

- Purpose: Utilize Internet to disseminate key educational information on pain & arthritis and its treatments

- Description:
  – Online CME presentations featuring key opinion leaders
  – Content will be delivered using multi-media: audio, video, text
  – Presentations will include pain & arthritis data about BEXTRA & CELEBREX
  – Programs will be housed on major providers such as Medscape'

- Process for Implementation:
  – Representatives will receive invitations for distribution to target physicians a few days prior to the launch of program
  – Doctors will be able to log on and participate in program, and receive CME credits
  – Medscape will compliment field recruiting efforts by driving physicians to program through its website

- Timing:
  – First program will launch on March 18th, 2002
  – Other programs will be developed throughout the year featuring new topics and speakers, and will be rolled out to field as they become available

31

31

Exempt from FOIA
Confidential Treatment Requested

BEX005112209

## Enduring Materials

- Purpose: Provide valuable educational programs featuring highlights of key symposia and other CME presentations or programs that can be distributed to broad based audience

- Description:
  - CD roms featuring highlights of AAOS symposium on management of pain
  - Supplements and other CD roms featuring highlights of symposia from future symposia or other educational programs

- Process for Distribution:
  - Direct mail, where appropriate by CME agency
  - Representatives may be able to distribute CME CD Roms in response to physician request for educational content on pain or arthritis
    - o Physicians would be required to sign BRC card before representatives could provide copy of CD rom

- Timing: April – December, 2002

32

32

Exempt from FOIA
Confidential Treatment Requested

BEX005112210

**Local/Field Driven Programs: Timeline**

Exempt from FOIA
Confidential Treatment Requested

33

BEX005112211



Exempt from FOIA
Confidential Treatment Requested

BEX005112212

## Pharmacy Education Initiatives

### APhA New Drug Bulletin on BEXTRA

- Comprehensive review paper published by American Pharmaceutical Association, which provides in-depth information on BEXTRA, pain and arthritis

- Communicates strong data

- Automatically mailed to 110,000 pharmacists in US in April, 2002

35

35

Exempt from FOIA
Confidential Treatment Requested

BEX005112213

## Pharmacy Education Initiatives

**APhA Special Report on Pain / Arthritis**

- Continuing education program for pharmacists

- In depth overview of arthritis and pain including information on CELEBREX and BEXTRA as well as other treatments

- Automatically mailed to all pharmacists in US in April, 2002

36

36

Exempt from FOIA
Confidential Treatment Requested

BEX005112214

## Pharmacy Education Initiatives

**NACDS Pharmacist Practice Memo**

- Newsletter distributed by the National Association of Chain Drug Stores to 95,000 chain pharmacists. Sponsorship provides two pages of practice tips on BEXTRA

- 1-2 page newsletter includes practice tips on BEXTRA

- Sent to all chain pharmacies in January, 2002

37

37

Exempt from FOIA
Confidential Treatment Requested

## Other Initiatives

### Phase IV Trial

- Trial designed to gather additional efficacy and safety data for BEXTRA
    - Protocol being finalized
    - Ideas includes efficacy in NSAID and/or Vioxx failures
- Will enable key physicians to gain rapid experience with BEXTRA

- Trial kits with data prescription sheets and drug prescription given to targeted physicians

- Four specialties targeted:  Orthopedics, Primary Care, Rheumatology, and Pain

- Investigators selected by sales force

- Roll Out:  After BEXTRA launch (trial still in planning phase)

38

38

Exempt from FOIA
Confidential Treatment Requested

BEX005112216

## CEM Role
*Bridging Brand Team Objectives and Sales Force Needs*

- Continuously develop members of speakers bureau
    - Knowledge of Celebrex and Bextra
    - Ability to effectively deliver the right messages
- Enable field force to meet PE needs while fulfilling marketing objectives
- Identify and recommend regional KOLs to marketing and brand team
- Ensure effective utilization of regional KOLs by field force
- Conduct monthly business review meeting with regional KOLs to ensure effective delivery of market-centered message
- Coordinate monthly teleconferences & biannual meetings
    - Brand performance update
    - Address issues (speakers, disadvocates, program facilitation etc.)
    - Ensure tactics are properly coordinated aligned with strategy
    - Optimize valdecoxib synergies

**Ensure effective use of regional speakers to create a positive selling environment for the brand**

Source: Rhett Frye, Pharmacia CEM Coordinator

39

---

Finally, to pull it all together we need enhanced coordination between the field, marketing, the CEMs and CSMs. We anticipate the Regional VPs, RSDs and Sales Training to assist with the rep piece. To enhance communication and coordination with the CEMs and CSMs we will;

Establish communication channels

Clearly Define their role in tactical implementation

For the CEMs...

39

Exempt from FOIA
Confidential Treatment Requested

BEX005112217

Exempt from FOIA
Confidential Treatment Requested

BEX005112218

41

Exempt from FOIA
Confidential Treatment Requested

BEX005112219

## Summary of Specialty Area Efforts

*Initiatives in Four Specialty Areas at the Local, Regional and National Levels*

| Specialty Area | National | Regional | Local |
|---|---|---|---|
| **Pain** | • Ad Board<br>• National Consultant Meeting<br>• Congresses and Symposia<br>• Online CME & Teleconferences | • Regional Consultant Meetings | • Local Speaker Development<br>• CME meetings<br>• Consultant mtgs |
| **Primary Care** | • Ad Board<br>• National Consultant Meeting<br>• Symposia<br>• Online CME & Teleconferences | • Regional Consultant Meetings | • Local Speaker Development<br>• CME Meetings<br>• Consultant mtgs |
| **Rheumatology** | • Ad Board<br>• National Consultant Meeting<br>• Symposia<br>• Online CME & Teleconferences | • Regional Consultant Meetings | • Local Speaker Development<br>• CME Meetings<br>• Consultant Mtgs |
| **Ortho Surgeons / Sports Medicine** | • Ad Board<br>• National Consultant Meeting<br>• Steadman Hawkins Program<br>• CME CD Rom<br>• Online CME & Teleconferences | • Regional Consultant Meetings | • Local Speaker Development<br>• CME Meetings<br>• Consultant Mtgs |

42

42

Exempt from FOIA
Confidential Treatment Requested

BEX005112220

## Congresses and Symposia 2002 Overview

*Target Priority Society Meetings Via Abstracts and Symposia to Drive Advocacy and Utilization of Product*

| 2002 Activities | Conventions | Convention Presence | Symposia |
|---|---|---|---|
| Potential for Synergies | AAOS | O | O |
| | ACR | O | O |
| | APS | O | O |
| | PriMed South | O | O |
| | PriMed West | O | O |
| | PriMed Midwest | O | O |
| | PriMed East | O | O |
| | AOA | O | O |
| | ACP | O | O |
| | AAFP | O | |
| | DDW | O | O |
| | ASHP | O | |
| | ACSM | O | |
| | ACG | O | |
| | ASCP | O | |

O BEXTRA Sponsored    O CELEBREX Sponsored    O Both Separate    O Joint

43

In terms of Congresses, both brands will have an incredible presence in 2002. All total there are 30 congresses where at least 1 brand will exhibit. At 15 of these 30 conventions, both brands will be on hand.

Due to the high degree of overlap, we plan to maximize as many synergies at congresses as plausible by either running 2 events to maximize awareness or by conducting 1 event in place of 2 for cost efficiencies.

For example at ACR as well as the PriMed meetings, we will run 2 events bith of which contain data on both products whereas at all of the conventions with red checks seen herewe will host 1 symposia with data on both brands to maximize cost efficiences

43

Exempt from FOIA
Confidential Treatment Requested

BEX005112221

## Congresses and Symposia 2002 Overview

*Target Product Specific Congresses and Symposia*

| 2002 Activities | Conventions | Convention Presence | Symposia |
|---|---|---|---|
| Product Specific | PGA | O | |
| | AOSSM | O | O |
| | ACS | O | |
| | IARS | O | |
| | AAPMAN | O | |
| | ASA | O | |
| | PriMed Midatlantic | O | O |
| | AMCP | O | |
| | ACCP | O | |
| | NMA | O | |
| | NCNP | O | |
| | ACEP | O | |
| | AAPA | O | |
| | AANP | O | |
| | AHA | | O |

O BEXTRA Only   O CELEBREX Only   O Both Separate   O Joint

44

In terms of Congresses, both brands will have an incredible presence in
2002.  All total there are 30 congresses where at least 1 brand will exhibit.
At 15 of these 30 conventions, both brands will be on hand.

Due to the high degree of overlap, we plan to maximize as many synergies
at congresses as plausible by either running 2 events to maximize awareness
or by conducting 1 event in place of 2 for cost efficiencies.

For example at ACR as well as the PriMed meetings, we will run 2 events
bith of which contain data on both products whereas at all of the conventions
with red checks seen herewe will host 1 symposia with data on both brands
to maximize cost efficiencies

44

Exempt from FOIA
Confidential Treatment Requested

BEX005112222

**Backup**

45

45

Exempt from FOIA
Confidential Treatment Requested

BEX005112223

## 2002 Med Ed Reach

| | 2001 | 2002 | | |
|---|---|---|---|---|
| | CELEBREX | CELEBREX | Valdecoxib | Combined |
| **Headquarters Driven Programs** | | | | |
| *Advisory Boards* | | 88 | 45 | 132 |
| *National Consultant Meetings/* | | 325 | 225 | 550 |
| *Regional Consultant Meetings* | | 1,200 | 1,200 | 2,400 |
| *Other (a)* | | 60 | 60 | 120 |
| **Field Driven/Local Programs** | | | | |
| *SOAR/PE Funds (b)* | | 236,250 | 276,000 | 509,000 |
| *Field Based CME* | | | | 30,000 |
| *Steadman Hawkins/ Disadvocate* | | | | |
| Other Programs (c) | | | | |
| Total Med Ed Reach | | | | |

Note: (a) Includes newsletters, supplements, KOL database, roundtables, and pharmacy education; (b) SOAR funds for CELEBREX 2001, include BDF funds ($7 mm); (c) Includes local consultant meetings and 1st Thursday program.

46

Exempt from FOIA
Confidential Treatment Requested

BEX005112224

## Associations & Grants Plan (to be finalized)

| Association | Celebrex | Valdecoxib | Combined |
|---|---|---|---|
| Specialist | $ 0.9 M | $ 1.1 M | $ 2.0 M |
| Primary Care | $ 0.7 M | $ 0.636 M | $ 1.336 M |
| State/Local | $ 0.5 M | $ 0.45 M | $ 0.95 M |
| Institutional | $ 0.3 M | | 0.3 M |
| Incoming Grants Fund | $ 0.6 M | $ 0.5745 M | $ 1.1745 M |
| **Total** | **$ 3.0 M** | **$ 2.7605 M** | **$ 5.7605 M** |

- Broaden awareness of Celebrex and dispel potential negative perceptions
- Raise awareness of valdecoxib among KOLs and high prescribers prior to approval
- Create novel programs in partnership with respected associations to assist in delivering product messages to targeted physician audiences
- New grants and opportunities received in 2002 will be reviewed by a COX-2 Interdisciplinary Grants Committee:
  - Assessed based on synergy with brand/portfolio strategy and commercial relevance (anticipated ROI, market need/impact)
  - Team will develop internal and external response letters, coordinated protocols, etc.

47

47

Exempt from FOIA
Confidential Treatment Requested

BEX005112225

## Education Initiatives

**Symposia at Major Meetings**

- AMCP: Academy of Managed Care Pharmacy

- ASCP: American Society of Consultant Pharmacists

- ASHP: American Society of Health-System Pharmacists

- ACCP: American College of Clinical Pharmacy

48

48

Exempt from FOIA
Confidential Treatment Requested

BEX005112226

## 2002 Med Ed Budget (to be finalized)

| mm | 2001 | 2002 | | |
|---|---|---|---|---|
| | CELEBREX (Actual) | CELEBREX | Valdecoxib | Combined |
| Headquarters Driven Programs | Updated est. thru of 11/01<br><br>YTD yet to be reconciled | | | |
| *Advisory Boards* | $0.200 mm | $ 0.9 mm | $ 1.0  mm | $ 1.60 mm |
| *National Consultant Meetings* | $2.537 mm | $ 2.625 mm | $ 2.375 mm | $ 4.21 mm |
| *Regional Consultant Meetings* | $4.50 mm | $ 2.750 mm | $ 4.0  mm | $ 7.00 mm |
| *Other(a)* | $4.45 mm | $1.445 mm | $ 1.515 mm | $ 3.04 mm |
| *Symposia/Proceedings* | $2.227mm | $2.475 mm | $ 1.515 mm | $ 3.04 mm |
| Conventions | $4.270 mm | $3.0 mm | $ 1.515 mm | $ 3.04 mm |
| Grants | $3.760 mm | $3.0 mm | $ 1.515 mm | $ 3.04 mm |
| Field Driven/Local Programs | | | | |
| *SOAR/PE Funds (b)* | $41.34 mm | $ 20.0 mm | $ 20.0 mm | $ 40.00 mm |
| *Field Based CME* | $6.72 mm | $ 2.8 mm | $ 5.7 mm | $ 6.70 mm |
| Other Programs (c) | $1.45 | $ 1.1 mm | $ 2.9 mm | $ 8.63 mm |
| Total Med Ed Budget | $ 72.01 mm | $ 41.51 mm | $ 43.59 mm | $ 85.10 mm |

Note: (a) Includes newsletters, supplements, KOL database, roundtables, and pharmacy education;  (b) SOAR funds for CELEBREX 2001, include BDF funds ($7 mm); (c ) Includes local consultant meetings and audioconference programs (non-CME).

9

49

Exempt from FOIA
Confidential Treatment Requested

BEX005112227