# EXHIBIT 5

Names of individuals are redacted from this document



# 2003 U.S. Oral Coxib
# Medical Education Plan

Exempt from FOIA -
Confidential Treatment Requested

BEX001606959



Exempt from FOIA -
Confidential Treatment Requested

BEX001606961



2

Exempt from FOIA -
Confidential Treatment Requested

## Strategies for Medical Education

### Expand Celebrex and Bextra positions within the pain market:

- Differentiate CELEBREX and BEXTRA and enhance efficacy perceptions by disseminating full extent of data reinforcing brand specific efficacy

- Leverage new guidelines supporting earlier use of COX-2 specific inhibitors

- Preposition future competition

- Strengthen existing advocacy base, cultivate "rising stars" and convert (or neutralize) disadvocates to champion portfolio advantages

- Blunt conversion from COXIB to NSAID + PPI therapy

 ❖BEXTRA
valdecoxib tablets

4

CELEBREX
(CELECOXIB CAPSULES)

4

Exempt from FOIA -
Confidential Treatment Requested

BEX001606962

## Strategies for Medical Education

**Enhance the value proposition to support broader utility:**

- Utilize brand specific health economic & outcomes data
- Differentiate CELEBREX and BEXTRA by disseminating full extent of data (efficacy, GI, CV, neuronal plasticity)
- Educate physicians, NPs & PAs on the extent of OTC product use, and highlight the efficacy and safety benefits of COXIB portfolio over OTC brands
- Educate on concept of multi-modal therapy and differing pain models to penetrate the non narcotic & opioid/combo market
- Drive increased hospital utilization of portfolio through focus on pre-op (peri-op) dosing, multi-modal therapy & emergency medicine

*BEXTRA*
*valdecoxib tablets*

6

**CELEBREX**
(CELECOXIB CAPSULES)

5

Exempt from FOIA -
Confidential Treatment Requested

BEX001606963

## Strategies for Medical Education

### Pioneer new opportunities beyond arthritis and pain:

- Utilize emerging cardiovascular information when appropriate to support broader use of CELEBREX

- Leverage oncology and other emerging areas

BEXTRA
valdecoxib tablets

6

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

6

 

# Advocacy Development Tactics

*Strategic Imperatives Supported:*

*Expand CELEBREX and BEXTRA pain positions
within the pain market*

*Enhance the Value Proposition to Support Broader
Utility*

7

7

Exempt from FOIA -
Confidential Treatment Requested



Exempt from FOIA -
Confidential Treatment Requested

BEX001606966



| | Description | Timing | Messages |
|---|---|---|---|
| Regional Consultants Mtgs | 16 meetings utilize regional KOLs and rising stars to provide clinical and marketing input; 4 meetings for PCPs, 4 for rheums, and 8 for ortho/pain specialists | Q2, Q4 | Portfolio efficacy and safety, HE, outcomes |

**Tactical Initiatives:** Advocacy Development

**Strategies Supported:** Expand CELEBREX & BEXTRA Positions within Pain Market

Enhance the value proposition to support broader utility

9

9

Exempt from FOIA -
Confidential Treatment Requested

BEX001606967



Tactical Initiatives:   National Promotional Speakers Development Meeting

Strategies Supported:  Expand CELEBREX & BEXTRA Positions within Pain Market

Enhance the value proposition to support broader utility

| National Promo Speakers Development Meeting | → | Meeting designed to develop portfolio promotional speakers. 300 physicians will be trained to support programs implemented by sales force | March | Portfolio efficacy and safety, HE, outcomes |

*Selection criteria include:*

• Most effective trained speakers utilized in 2002 MedEd programs

• Recommendations from PHA/PFE field force:

    • CEMs, CSMs, RMRS

• Quantitative market research

    • Influence Mapping

◆BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

10

Exempt from FOIA -
Confidential Treatment Requested

BEX001606968



**Tactical Initiatives:**   Advocacy Development
**Strategies:**   Expand CELEBREX & BEXTRA Positions within Pain Market
Enhance the value proposition to support broader utility

| | Description | Timing | Messages |
|---|---|---|---|
| **RMR/CSM Support** | Funds for regional ad boards, development of rising star, and maintaining regular contact with key influencers | Ongoing | Regional market challenges and opportunities |

*KOL Management & Communication Tools:*

| | Description | Timing | Messages |
|---|---|---|---|
| **KOL Strategic Development & Management** | Development of individualized KOL plans for full year designed to enable continued advocacy. Expansion of KOL Concierge | Ongoing | Portfolio efficacy and safety, HE, outcomes, |
| **KOL Database** | Comprehensive database designed to assist in managing data on opinion leaders, the institutions they are affiliated with and track activities they participate in | Ongoing | N/A |
| **KOL Extranet** | Website for top tier KOLs allowing ongoing communication | Ongoing | Portfolio efficacy and safety, HE, outcomes, |

**◇BEXTRA**
*valdecoxib tablets*

**CELEBREX**
(CELECOXIB CAPSULES)

11

Exempt from FOIA -
Confidential Treatment Requested

BEX001606969



Exempt from FOIA -
Confidential Treatment Requested

BEX001606970



Exempt from FOIA -
Confidential Treatment Requested

BEX001606971



Exempt from FOIA -
Confidential Treatment Requested

BEX001606972



Exempt from FOIA -
Confidential Treatment Requested

BEX001606973



Exempt from FOIA -
Confidential Treatment Requested

BEX001606974

| | |
|---|---|
| Tactical Initiative: | Professors Council for Arthritis and Pain |
| Strategy: | Expand CELEBREX and BEXTRA positions within the pain market; Enhance value proposition to support broader utility |
| Description: | Multi specialty meeting of ~75 top national faculty designed to develop core group of trained faculty who can effectively conduct educational program,s and serve as faculty for CME series |
| Timing: | March |
| Core Message: | Portfolio efficacy, safety, HE, outcomes |
| Audience: | Council will include KOLs from all 4 major specialties |

◆BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

17

Exempt from FOIA -
Confidential Treatment Requested



Exempt from FOIA -
Confidential Treatment Requested

BEX001606976



# Beth Israel Hospital Project:  An Interactive Online Case Based Learning System

Strategies:    Expand Celebrex and Bextra positions within the pain market

Enhance the value proposition to support broader utility

**Management of Chronic Pain: An Interactive, Problem-Based, E-Learning Program**

**Two Modules**

| Assessment of Chronic Pain | | Therapies for Chronic Pain |

Each module will feature three main patient cases:
- Multifocal joint pain related to osteoarthritis
- Low back pain
- Painful diabetic neuropathy

**Program Description:**

- Program developed under leadership of Russ Portenoy, MD, a well recognized Global KOL in pain management
- Carries name of prestigious institution
- Will attempt to secure endorsement of APS, AAFP, and ABFP societies, and promote the program through these organizations
- Online and offline promotion will be used to drive physicians to program

Timing: Q2-Q4

Message: Portfolio efficacy and safety

Reach: 200,000

**BEXTRA**
valdecoxib tablets

19

**CELEBREX**
(CELECOXIB CAPSULES)

19

Exempt from FOIA -
Confidential Treatment Requested

## ABFP Pain Forum

| | |
|---|---|
| Strategies: | Expand Celebrex and Bextra positions within the pain market; Enhance the value proposition to support broader utility |
| Description: | Development of comprehensive learning program designed to enhance treatment of pain by primary care, and support appropriate utilization of COX-2 specific inhibitors.  Multi-specialty top-tier ad board utilized to develop clinical learning program and pain management guidelines and applications for primary care |
| Timing: | May – December, 2003 |
| Core Message: | Acute/chronic pain treatment modalities Multimodal therapy |
| Audience: | PCPs |

◇BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

20

20

Exempt from FOIA -
Confidential Treatment Requested

## Clinical Application of Pain Management Guidelines

### Objective
- Develop consensus on the application of existing pain management guidelines for Primary Care Physicians

### Key Drivers
- American Board of Family Practice
  - Pisacano Leadership Foundation

- American Pain Society

- American College of Rheumatology
- American Geriatric Society

◇BEXTRA
valdecoxib tablets

21

CELEBREX
(CELECOXIB CAPSULES)

21

Exempt from FOIA -
Confidential Treatment Requested

BEX001606979

## The American Board Of Family Practice

- Second largest medical specialty board in the United States
- 77,000+ members
- Founded in 1969
- Voluntary, not-for-profit, private organization
- Website: http://www.abfp.org

◆BEXTRA
(valdecoxib tablets)

22

CELEBREX
(CELECOXIB CAPSULES)

22

Exempt from FOIA -
Confidential Treatment Requested

BEX001606980



Exempt from FOIA -
Confidential Treatment Requested

BEX001606981



## Multi-Disciplinary Steering Committee

**Objective**

- ◆ Provide direction as to overall program goals as it relates to developing "user friendly" pain management guidelines

**Potential Members**

BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

24

Exempt from FOIA -
Confidential Treatment Requested

BEX001606982

## Outputs

Pain Management Consensus Statement
- ◆ Pain Management Guidelines
  - – ABFP Announcement
  - – Published

ABFP Board Review

Guideline Application Programs
- ◆ ABFP Speaker Training
- ◆ Colleague Workshops
- ◆ Enduring Materials



◆BEXTRA
valdecoxib tablets

25

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

BEX001606983

## Additional Guideline Application Opportunities

- Regional workshops
- State AFP Meetings
- Residency Training
- Direct Mail Self Study
- ABFP Website

BEXTRA
valdecoxib tablets

26

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

BEX001606984

 **"Know Your Score Physician Meetings"** 

| | |
|---|---|
| Strategy: | Expand Celebrex and Bextra positions within the pain market |
| Description: | Third party conducted physician programs utilizing trained speakers and NFL/NBA players or team doctors. Faculty members provide lecture covering key arthritis and pain topics and management techniques. Players or team doctors offers real world perspective on how doctors make a difference by effectively diagnosing and managing patients. |
| Timing: | Q1-Q2 |
| Core Message: | Portfolio efficacy, safety |
| Audience: | PCP, ortho<br>16 meetings – 8 ortho; 8 PCP; 45 doctors/meeting |

◊BEXTRA                                                                CELEBREX
valdecoxib tablets                                                    (CELECOXIB CAPSULES)

27

Exempt from FOIA -
Confidential Treatment Requested

BEX001606985

| | |
|---|---|
| Tactical Initiative: | Exhibit Booths |
| Strategy: | Expand Celebrex and Bextra positions within the pain market |
| Description: | Promotional messages are presented in an interactive and engaging forum on the convention center floor at national symposia |
| Timing: | Q2, Q3, Q4 |
| Core Message: | Portfolio efficacy, safety, HE, outcomes |
| Audience: | PCP, ortho, rheum, pain |

◇BEXTRA
valdecoxib tablets

28

CELEBREX
(CELECOXIB CAPSULES)

28

Exempt from FOIA -
Confidential Treatment Requested

BEX001606986

## Tactics Supporting Strategic Imperative # 2

*Enhance the value proposition to*
*support broader utility*

◆BEXTRA
valdecoxib tablets

29

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

BEX001606987



Exempt from FOIA -
Confidential Treatment Requested

## CV Initiative

| | |
|---|---|
| Tactical Initiative: | Global CV Consultant Update Communication Program |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | Meeting/audio conference including ~50 top national faculty who are influential in cardiovascular and have interest in further development of COX-2 specific inhibitors. This meeting would be held surrounding ACC. |
| Timing | Q1 |
| Core Message: | CV Safety, CV Concomitant Conditions, CV Cardioprotection |
| Audience: | Cardiologists and select nephrologists |

BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

31

Exempt from FOIA -
Confidential Treatment Requested

BEX001606989

## CV Initiative

| | |
|---|---|
| Tactical Initiative: | Regional CME Programs |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | A regional CME program for 50-100 primary care   physicians conducted by NY/Downstate Medical Center. This could be initial pilot of a total of 4 regional CME symposia. Enduring material will be mailed to 5,000-10,000 primary care. |
| Timing | Q1-Q2 |
| Core Message: | CV Safety, CV Concomitant Conditions |
| Audience: | Primary care physicians |

BEXTRA
(valdecoxib tablets)

CELEBREX
(CELECOXIB CAPSULES)

32

Exempt from FOIA -
Confidential Treatment Requested

BEX001606990

## CV Initiative

Tactical Initiative: Texas Heart Symposium and Webcast CME Program

Strategy:        Enhance the value proposition to support broader utility

Objective:       Educate cardiologists and certain other specialists on the latest clinical data and research being conducted to support the CV safety of COX-2 portfolio and cardioprotection for celecoxib

Description:      A CME symposia sponsored by premier Texas Heart Institute. Supported by Web cast and enduring materials for 5,000 – 10,000 cardiologists and select specialists

Timing            Q3

Core Message:   CV Safety, CV Concomitant Conditions, Cardioprotection

Audience:        Cardiologists and select specialists

BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

33

Exempt from FOIA -
Confidential Treatment Requested

BEX001606991

| | |
|---|---|
| Tactical Initiative: | Applied CME Learning Program |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | -- CME dinner meetings focused on discussion of selected case studies submitted by attendees prior to the meeting. |
| | -- Run by a professional moderator and a trained faculty member. |
| | -- Physicians apply learnings from program in their own practices by completing case reviews online of patients who mimic cases reviewed during meeting to earn extra credits.  Physicians can earn 2 credits per real case study for a maximum of 8 credits. |
| Timing: | Q3-Q4; 14 meetings in all |
| Core Message: | Portfolio efficacy, safety, HE, outcomes |
| Audience: | Ortho, rheum |

◆BEXTRA
valdecoxib tablets

34

CELEBREX
(CELECOXIB CAPSULES)

34

Exempt from FOIA -
Confidential Treatment Requested

BEX001606992



Tactical Initiative:   **Hospital Education Initiatives**
Strategy:              Enhance the value proposition to support broader utility

Hospital Education Initiative

Hospital Pain Management Grand rounds

Sponsor grand rounds on A&P in 120 major teaching institutions

Hospital based MDs
Q2-Q4

Fellowship/ Residency Program

Identify and train select group of fellows from major institutions to serve as faculty for local residency programs. Fellows are trained at the Annual Society meeting

orthos, rheums
Q3-Q4

Messages:      Coxib promise, multimodal therapy, acute pain management, and portfolio efficacy and safety

BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

35

35

Exempt from FOIA -
Confidential Treatment Requested

BEX001606993

## Ortho Video Series

Advances in
Ortho Surgery
Video Series
(prom & CME versions)



| | |
|---|---|
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | Features KOLs performing state of the art surgery while discussing periop pain management with the use of COX-2 specific inhibitors.  Video will be RC approved for dissemination by specialty representatives.  Sales reps will be provided with a shelf case designed to hold each of the 4 videos for placement in ortho offices. |
| Key Messages: | Pre-op and Post-op pain management, multi modal therapy, platelet safety; Videos will be non-branded |
| Timing: | Q1, Q2, Q3, Q4 (one video will be released each quarter |

◆BEXTRA
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

36

36

Exempt from FOIA -
Confidential Treatment Requested

BEX001606994

## Neuronal Plasticity Animation Video

| | |
|---|---|
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | Animation highlighting mechanisms of peripheral and central sensitization of pain and binding properties of Bextra |
| Messages: | Pain has a peripheral and central component, portfolio binding in effect at both sites.  Bextra is rapidly absorbed, binds fast and tight and has a slow dissociation rate. |
| Timing: | Q2, 2003 |

◇*BEXTRA*

**CELEBREX**
(CELECOXIB CAPSULES)

37

37

Exempt from FOIA -
Confidential Treatment Requested

BEX001606995

| | |
|---|---|
| Tactical Initiative: | Health Economics & Pain Teleconferences |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | Broad reaching CME teleconferences supporting value of COXIBs and conveying key concepts regarding arthritis and pain management techniques |
| Timing: | Full year |
| Core Message: | Portfolio efficacy, safety, health economics & outcomes data |
| Audience: | PCP, ortho, rheum, pain |

*BEXTRA*
valdecoxib tablets

38

CELEBREX
(CELECOXIB CAPSULES)

38

Exempt from FOIA -
Confidential Treatment Requested

BEX001606996

| | |
|---|---|
| Tactical Initiative: | Steadman Hawkins Roundtable + Enduring Materials |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | <u>Orthopedic surgeon roundtable</u>: meeting held at nationally renown clinic to discuss the clinical applications of perioperative pain management and multimodal therapy in orthopedic practice <u>Enduring Material</u>: content will be spun-off for broad reach distribution and dissemination under the cover of an ortho journal |
| Timing: | 3Q |
| Core Message: | Portfolio efficacy, safety |
| Audience: | ortho |

◇BEXTRA
valdecoxib tablets

39

CELEBREX
(CELECOXIB CAPSULES)

39

Exempt from FOIA -
Confidential Treatment Requested

| | |
|---|---|
| Tactical Initiative: | Supplements/Single Source |
| Strategy: | Enhance the value proposition to support broader utility |
| Description: | Broad-reach, targeted, PHA/PFE-sponsored publications |
| Timing: | ongoing |
| Core Message: | Portfolio efficacy, safety, HE, outcomes |
| Audience: | PCP, ortho, rheum, pain, CV, GI, |

*BEXTRA*
valdecoxib tablets

CELEBREX
(CELECOXIB CAPSULES)

40

40

Exempt from FOIA -
Confidential Treatment Requested

BEX001606998

## Tactics Supporting Strategic Imperatives 1&2

*Expand Celebrex and Bextra positions within the pain market*

*Enhance the value proposition to support broader utility*

◆BEXTRA
valdecoxib tablets

41

CELEBREX
(CELECOXIB CAPSULES)

41

Exempt from FOIA -
Confidential Treatment Requested

BEX001606999



Tactical Initiative:   Educational content and sales force enduring materials
Strategies:            Expand Celebrex and Bextra positions within the pain market
                       Enhance the value proposition to support broader utility

| | Description: | Timing: | Messages: | Targets |
|---|---|---|---|---|
| Educational Slide Kit Updates | Updated third party sponsored education kit (not for sales distribution) | Bi-anually | A&P mechanisms, condition description, portfolio efficacy and safety outcomes, HE, | All |
| Portfolio Promotional Slide kit | Portfolio slide– for use in promotional settings | 1Q | Portfolio efficacy and safety | All |

BEXTRA
valdecoxib tablets

42

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

BEX001607000

| | |
|---|---|
| Tactical Initiative: | Publication Planning |
| Strategies: | Expand Celebrex and Bextra positions within the pain market |
| | Enhance the value proposition to support broader utility |
| Description: | Strategic rollout of data and review papers on key concepts in high profile scientific forums and broad-reaching, targeted clinical publications |
| Timing: | ongoing |
| Core Message: | Portfolio efficacy, safety, HE, outcomes |
| Audience: | PCP, ortho, rheum, pain, CV, GI, |

◆BEXTRA
valdecoxib tablets

43

CELEBREX
(CELECOXIB CAPSULES)

43

Exempt from FOIA -
Confidential Treatment Requested

BEX001607001



Exempt from FOIA -
Confidential Treatment Requested

BEX001607002

## 2003 Coxib Med Ed Congress Activities

Guiding principles

- Focus on core physician specialties
  - PCP, Rheum., ORS, and Pain
- Focus on top Congress for each specialty
- Innovative programs
- Expand program reach through enduring materials

BEXTRA

CELEBREX
(CELECOXIB CAPSULES)

45

45

Exempt from FOIA -
Confidential Treatment Requested



Exempt from FOIA -
Confidential Treatment Requested

BEX001607004

| | | Reach/Program | # of Programs | Total Reach | Budget |
|---|---|---|---|---|---|
| **Advocacy Development** | | | | | |
| National Steering Committee | BLP | 25 | 2 | 50 | 100 |
| NY Pfizer Leadership KOL Meeting | BLP | 50 | 1 | 50 | 225 |
| National Advisory Boards | BLP | 20 | 7 | 140 | 810 |
| RM/RS/CSM Support | $30K per region | n/a | n/a | n/a | 180 |
| Speaker Dev Meetings | BLP | 75 | 4 | 300 | 7100 |
| Regional Consultant Meetings | BLP | 75 | 16 | 1200 | 6000 |
| GI Initiative-KOL Development (TBD) | ApotheCom?? | n/a | n/a | n/a | 350 |
| KOL Strategic Dev & Management | BLP | n/a | n/a | n/a | 50 |
| KOL Database (50% US) | VHS | n/a | n/a | n/a | 150 |
| KOL Extranet | Intermedia | n/a | n/a | n/a | 200 |
| | | | | | |
| | | | | | |
| **Medical Education** | | | | | |
| KOL Faculty Development Meeting | IMPACT | 75 | 1 | 75 | 400 |
| Bone & Joint CME Series | IMPACT | 20 | 18 | 360 | 350 |
| Surgical Pain CME Management Series | IMPACT | 20 | 8 | 160 | 300 |
| Sports Injury and Pain CME Series | IMPACT | 20 | 24 | 480 | 700 |
| Treatment of Pain in Outpatient Series | IMPACT | 20 | 24 | 480 | 700 |
| **Applied CME Learning Program** | Pinnacle | n/a | n/a | n/a | 600 |
| Hospital Pain/Grand Rounds | IMPACT | 15 | 120 | 1800 | 660 |
| **Beth Israel Hospital Pain Project** | ApotheCom | 200000 | 1 | 200000 | 400 |
| Fellows/Residents Program | IMPACT | 10 | 10 | 100 | 250 |
| Online CME – Existing Program Amortization | Varied | n/a | n/a | n/a | 250 |
| **Pain Models, Oncology & COXIB HE TeleCon** | Best Med/Optimal/ApotheCom | 15 | 100 | 1500 | 660 |
| CV Invasive Programs | IMSCI | n/a | n/a | n/a | 1000 |
| Interactive Case Based Arthritis CD Rom | Ince | n/a | n/a | n/a | 300 |
| Pain Forum/ASPP (Concept) | Managed Edge/BLP | 150000 | n/a | 150000 | 1500 |
| Peer to Peer Promotional INBA Scope | Nelson | 35 | 16 | 560 | 750 |
| **Steaton on Hawkins Roundtable + Enduring** | ApotheCom | 20000 | 1 | 20000 | 300 |
| | | | | | |
| Promotional Slide Kits | BLP | n/a | n/a | n/a | 150 |
| CME Slide Kits | ApotheCom | n/a | n/a | n/a | 150 |
| Ortho Video Series | CCO (PH4 2002) | 20000 | 1 | 20000 | 0 |
| Supplement/Single Source | Ortho Journal/Harrison Update | 10000 | 1 | 10000 | 500 |
| Animation | CCG | 20000 | 1 | 20000 | 150 |
| Publication | PPSI | n/a | n/a | n/a | 2000 |
| Agency Strategic Support | | n/a | n/a | n/a | 125 |
| | | | | | |
| SUB TOTAL MEDICAL EDUCATION | | | | | 22050 |
| | | | | | |
| **Conventions** | | | | | |
| Symposia and Enduring Materials | | n/a | n/a | n/a | 3500 |
| Booths | | n/a | n/a | n/a | 3000 |
| | | | | | |
| Grants | | n/a | n/a | n/a | 2700 |
| | | | | | |
| **TOTAL** | | | 3491 | 428095 | 31500 |

◆ BEXTRA
valdecoxib tablets

47

CELEBREX
(CELECOXIB CAPSULES)

Exempt from FOIA -
Confidential Treatment Requested

BEX001607005



Exempt from FOIA -
Confidential Treatment Requested

BEX001607006



Exempt from FOIA -
Confidential Treatment Requested

BEX001607007

## Pain Management Consensus Statement

**Objective**

- To provide key highlights/summary of important findings from the Steering Committee meeting
- To help pre-announce the clinical applications of Pain Management Guidelines to target audience

**Description**

- Four to six pages b/w & color cover
- Mailed by ABFP to membership

◆*BEXTRA*
(valdecoxib tablets)

50

**CELEBREX**
(CELECOXIB CAPSULES)

50

Exempt from FOIA -
Confidential Treatment Requested

BEX001607008

## ABFP Board Review

**Objective**
- ◆ Provide contemporary information (user-friendly guidelines) to help primary care physicians prepare for their re-certification exam

**Description**
- ◆ Requirement for Board Certification
- ◆ 10,000 exams per year
- ◆ Moving to computer-based/case-based education

◆BEXTRA
*valdecoxib tablets*

51

CELEBREX
(CELECOXIB CAPSULES)

51

Exempt from FOIA -
Confidential Treatment Requested