# EXHIBIT 6

Names of individuals are redacted from this document

# Influence Mapping

**December 10, 2003**

–COX-2 Scientific Communications

–COX-2 Market Analytics

—COX-2 Market Analytics

Exempt from FOIA -
Confidential Treatment Requested

BEX000421135

## Agenda

- Influence Mapping Market Research Design--

- Overlap with CCP--

- Using Influence Mapping to Effect Prescribing--

Exempt from FOIA -
Confidential Treatment Requested

BEX000421136

## Influence Mapping Objectives

- Identify individuals who have either direct or indirect influence over a large volume of prescriptions

- Top 2 Rheumatologists,                                              influence 13% of
  M1A class TRXs---$780MM (Est. M1A class sales: $6B)

- Top 2 Orthopedic Surgeons,                                          , influence 13% of
  M1A class TRXs---$780MM

Exempt from FOIA -
Confidential Treatment Requested

BEX000421137

## Influence Mapping: Background

- **Defines the roadmap to most influential physicians**
  - International, National, Regional, Sales District and/or territory levels
- **Maps out the parent-child ("influencer-influencee") relationship between physicians**
- **Influence Mapping Protocol shows us**
  - WHO we will identify
  - HOW we will find them
  - WHAT we will learn about them

Exempt from FOIA -
Confidential Treatment Requested

## Field Methodology: Questionnaire

- Typical survey starts with one or more questions on patient load, number of prescriptions, etc.
  - Depending on therapeutic classes being studied this information is used for weighting
- Next we ask series of questions on who respondent regards as "thought leaders" for a given disease state/therapeutic area

Exempt from FOIA -
Confidential Treatment Requested

BEX000421139

## Influence Mapping:
## Analytical Technique

- **Each KOL in the sample is weighted by using one or more of the following options:**
  - Total number of patients for Acute Pain, OA, & RA by the doctor that recommends them
  - Number of prescriptions
  - Number of times mentioned

- **This weighting allows the doctors with the most influence in terms of prescriptions (and or patients, etc.) controlled (both directly and indirectly) to be identified**

Exempt from FOIA -
Confidential Treatment Requested

BEX000421140

**Influence Mapping:
Analytical Technique**

- **Once the Key Opinion Leaders (KOLs) are identified, they can be classified into tiers**
    - The cumulative weight assigned to each influencer is used to determine the tiers

    ### Pareto Analysis used to determine the tier cut-offs
    - Tier 1: 50% of cumulative patient load
    - Tier 2: Next 20% of cumulative patient load
      70% cum between tiers 1 and 2
    - Tier 3: Next 10% of cumulative patient load
      80% cum for all three tiers

Exempt from FOIA -
Confidential Treatment Requested

BEX000421141

**Cox-2 Influence Mapping**
**Universe of physicians = High value physicians**

- Rheumatology
- Orthopedic Surgeons
- Primary Care Physicians
- Pain Specialists
- High volume writers of Cox-2 and NSAIDs

| Specialty Group | Target Audience | Sample |
|---|---|---|
| Rheumatology | 2,000 | 553 |
| Orthopedic Surgeons | 7,000 | 1,353 |
| Primary Care Physicians | 40,100 | 8,039 |
| Pain Specialists | 2,900 | 803 |
| Total HVP Prescribers | 52,000 | 10,748 |

Exempt from FOIA -
Confidential Treatment Requested

BEX000421142

## Cox-2 Influence Mapping: Analysis Plan  National KOLs

- **Combine mentions and Trx weights across all 3 conditions**
- **Separate KOLs based on KOL specialty instead of respondent specialty**
- **KOL cut-off levels set by specialty**

    - RHU – 1,000+ Trxs and 10+ mentions
    - Pain – 350+ Trxs and 4+ mentions
    - PCP – 200+ Trxs and 3+ mentions
    - ORS – 150+ Trxs and 4+ mentions

Exempt from FOIA -
Confidential Treatment Requested

BEX000421143

## Cox-2 Influence Mapping:
### Top 5 Rheumatology National KOLs Across All Conditions

- The #1 National Rheumatology KOL, of class Trxs followed by approximately 6% of the class.     indirectly influences 7% who indirectly influences

| Rating | TOP 5 RHEUMATOLOGY KOLS |
|---|---|
|  | KOL Name (Trx/Mentions): |
| #1 KOL | (19,730/209) |
| #2 KOL | (16,810/185) |
| #3 KOL | (15,322/169) |
| #4 KOL | (10,830/101) |
| #5 KOL | (7,254/69) |

Exempt from FOIA -
Confidential Treatment Requested

BEX000421144

## Cox-2 Influence Mapping:
### National KOLs in Rheumatology

- **Overall, 34 Rhuematologists identified as national KOLs**

| # KOLs / Trx/ cut-off ▶ | Rhuematology | |
|---|---|---|
| | # | Trx Cut-off |
| TOTAL | 34 | 1,000 |
| TIER ONE | 4 | 10,000 |
| TIER TWO | 22 | 2,000 |
| TIER THREE | 8 | 1,000 |

Exempt from FOIA -
Confidential Treatment Requested

BEX000421145



Exempt from FOIA -
Confidential Treatment Requested

BEX000421146

# Using Influence Mapping to Effect Prescribing

Exempt from FOIA -
Confidential Treatment Requested

BEX000421152

## Goal of Marketing and Sales

- Have the most influential physicians develop programs that reflect the Pfizer COX-2 strategy

- Have either national or regional influencers who understand our strategy be the speaking faculty for regional programs and district programs

- Have the program attendees be regional or district physicians with high influence, high prescribing, or both depending on the type of meeting
    - Regional Consultant Meeting—High Influence
    - Regional Speaker Training—High Influence
    - Local Dinner Program—High Influence and High Prescribing

Exempt from FOIA -
Confidential Treatment Requested

BEX000421153

**Influencer Participation in Promotional Regional Speaker Training**

- **Western Regional**
  San Francisco, CA
  Nov 14-15, 2003
  **1 of 25 Final participants**

- **Southeast Regional**
  Miami, FL
  Nov 21-23, 2003
  **1 of 26 Final participants**

- **Gulf Coast Regional**
  Dallas, TX
  Dec 5-6, 2003
  **0 of 20 Final participants**

- **Northeast Regional**
  New York, NY
  Dec 5-6, 2003 (postponed)
  **2 of 24 Confirmed**

- **Mid-Atlantic Regional**
  Philadelphia, PA
  Dec 12-13, 2003
  **1 of 25 Confirmed**

- **Great Lakes Regional**
  Cleveland, OH
  Dec 12-13, 2003
  **1 of 20 Confirmed**

- **Rocky Mountain Regional**
  Denver, CO
  Jan 23-24, 2004
  **0 of 7 Confirmed**

- **Midwest Regional**
  Chicago, IL
  Jan 16-17, 2003
  **0 of 5 Confirmed**

Exempt from FOIA -
Confidential Treatment Requested

BEX000421154

## 2003 NVP Series Development



Exempt from FOIA -
Confidential Treatment Requested

BEX000421155

## 2003 National Visiting Professor's CME Series

- 16 National/Regional Influential KOLs spoke at 40/66 NVP programs

- Ortho attendance average 32/meeting
  - 2002 average 15/meeting

- Rheum attendance average 17
  - 2002 average: 11

- CME Teleconference Series from ACP
  - 2/4 faculty top tier influencers
  - Reached largest audience ever for a Pfizer telecon
  - Medscape CME offshoot: 28,000 participants since September, 8,000 CME certificates issues to PCPs

Exempt from FOIA -
Confidential Treatment Requested

BEX000421156

## Arthritis CASES (Comprehensive Approaches Stressing Efficacy and Safety)

- Target Audience: PCPs who are influential and active in community/local pharmacy decision making
- Audience Reach: 600 PCPs, 28 Rheums
- Type and Number of Programs: 40 dinner programs with case-based agenda developed by the faculty and facilitated by the trained rheums
- Program Locations: Within 30-45 minutes driving time for both PCP audience and Facilitator
- Faculty:
    —             (#17)
    —
    —
- Trained Facilitators: 25
    — 70% (17/25) appear on influence mapping results
- Rollout: February-May, 2004
- Lead Division: Searle

Exempt from FOIA -
Confidential Treatment Requested

BEX000421157

## Recommendations

- National Influencers (                    ·U) assigned an HQ contact

- Regional Influencers who are A/B be assigned a senior regional contact in addition to their PHR contact

- Regional Influencers who are C/U be assigned a regional contact (IHR/DM/RM/RMRS)

- Influence be the #1 criteria for regional KOL advocacy programs
    - Regional Speaker Training
    - Regional Consultant Meetings
- All Faculty Recommendations for program development will be high influencers
    - Recommendations done in collaboration with COX-2 Scientific Communications team, regional field management, and RMRS team

Exempt from FOIA -
Confidential Treatment Requested

BEX000421158