# EXHIBIT 7

Names of individuals are redacted from this document

# Review of Current Team Members, Roles and Responsibilities



Exempt from FOIA -
Confidential Treatment Requested

BEX003318292



Exempt from FOIA -
Confidential Treatment Requested

BEX003318293



Exempt from FOIA -
Confidential Treatment Requested

BEX003318294



Exempt from FOIA -
Confidential Treatment Requested                                                          BEX003318295



Exempt from FOIA -
Confidential Treatment Requested

BEX003318296



Exempt from FOIA -
Confidential Treatment Requested                                        BEX003318297



Exempt from FOIA -
Confidential Treatment Requested

BEX003318298



Exempt from FOIA -
Confidential Treatment Requested                                                                     BEX003318299



(4x3).PAREXEL-MMS.COL                                                                24/09/2004  17:02    9

Exempt from FOIA -
Confidential Treatment Requested                                                                                BEX003318300



Exempt from FOIA -
Confidential Treatment Requested

BEX003318301



Exempt from FOIA -
Confidential Treatment Requested                                                    BEX003318302



Exempt from FOIA -
Confidential Treatment Requested

BEX003318303



Exempt from FOIA -
Confidential Treatment Requested

BEX003318304

