# EXHIBIT 8

Names of individuals are redacted from this document

**From:**
**Sent:** Wednesday, December 18, 2002 8:16 PM
**To:**

**Subject:** Documents for Thursday's 2003 Planning Meeting
**Attachments:** 2003 Bextra Messages.doc; Processes for Celebrex and Bextra PWG.ppt; Draft sign off grid.ppt; 121702 CELEBREX Messaging.doc; 2003 Portfolio Messages.doc

<<2003 Bextra Messages.doc>> <<Processes for Celebrex and Bextra PWG.ppt>> <<Draft sign off grid.ppt>> <<121702 CELEBREX Messaging.doc>> <<2003 Portfolio Messages.doc>>

Please find attached presentations containing the processes and sign off grids for the Bextra and Celebrex publication groups (both documents apply to both pub programs), together with the Bextra, Celebrex and Portfolio message documents.

The process and sign off grid slides are currently under review by the Celebrex and Bextra pub teams.

Regards

Exempt from FOIA -
Confidential Treatment Requested

BEX001054426

# BEXTRA Messages

## *Expand CELEBREX and BEXTRA Positions Within Pain Market*
**Acute Pain: BEXTRA Provides Rapid, Powerful Pain Relief**
1. BEXTRA provides fast onset of action (<30 minutes) and a magnitude of analgesia comparable to oxycodone 10mg/APAP 1000mg for post surgical pain
2. BEXTRA 40 mg demonstrates faster onset of action and a higher initial analgesic efficacy vs. rofecoxib 50 mg over first two to four hours

**Arthritis: Once Daily Power Reduces Tough Arthritis Pain**
1. One 10-mg dose once a day provides 24-hour relief of OA and adult RA symptoms, comparable to that seen with non-specific NSAIDs
2. BEXTRA provides fast and significant relief of OA pain by day 1
3. BEXTRA demonstrates significant efficacy for RA, regardless of the severity of the condition (as described by patients and physicians)
4. BEXTRA provides incremental efficacy in RA patients taking DMARDs and corticosteroids
5. At first measurement (2 weeks) in RA, BEXTRA significantly reduced morning stiffness and tender/painful joints
6. Effective arthritis pain relief maintained in controlled studies of up to 6 months

**Primary Dysmenorrhea**
1. BEXTRA provides a fast onset of action in primary dysmenorrhea studies, as fast as naproxen sodium
2. BEXTRA is effective in relieving the pain associated with primary dysmenorrhea, providing a level of efficacy comparable to naproxen sodium

**Molecular Properties / Benefits**
1. BEXTRA penetrates the blood brain barrier, and inhibits COX-2 both in the peripheral and central nervous system, thereby reducing central sensitization and neuronal plasticity
2. BexEXTRA has strong and rapid binding to COX-2 receptor, providing fast onset of action and strong efficacy
3. BEXTRA has a strong binding affinity for the COX-2 receptor, and a slow dissociation rate, indicating the potential for fast onset of action and a long duration of action

**Renal & Cardiovascular Safety**
1. At therapeutic doses, valdecoxib is associated with an incidence of hypertension and edema at rates comparable to those seen with non-specific NSAIDs
2. BEXTRA, even at supratherapeutic doses in patients with arthritis, is associated with an incidence of cardiovascular events (eg, MI) comparable to that associated with placebo and non-specific NSAIDs
   - *No increase in CV events with increasing dose*
3. The incidence of CV events is comparable between BEXTRA and naproxen in the RA patient population
4. BEXTRA is a sulfonamide

## *Enhance Value Proposition to Support Broader Utility*
**GI Safety**
1. BEXTRA, even at supratherapeutic doses, demonstrates a significantly better GI safety profile versus non-specific NSAIDs
   1a. *Reduced incidence of GI ulcers*
   1b. *Reduced incidence of ulcers in high risk patients vs non-specific NSAIDs; reduced incidence of ulcers in patients taking ASA and BEXTRA vs. patients taking ASA and non-specific NSAIDS*
   1c. *Reduced incidence of GI events vs non-specific NSAIDs, even over a short term period of 1 week*
   1d. *Reduced incidence of GI events in younger patients (<55 years)*
   1e. *Treating 77 patients with BEXTRA instead of non-specific NSAIDs prevents one serious GI event*
   1f. *GI benefit maintained in long term open label studies (26 wks)*
2. BEXTRA is associated with a significantly lower incidence of dyspepsia vs comparator non-specific NSAIDs

Exempt from FOIA -
Confidential Treatment Requested

BEX001054427

**Platelet Safety**
1. Unlike non-specific NSAIDs, BEXTRA, even at supratherapeutic doses, does not impact platelet function
   - *Allows for usage in surgical setting including pre-op dosing*
2. Unlike non-specific NSAIDs, BEXTRA does not increase risk of excessive GI bleeding

**Outcomes / Health economics**
1. BEXTRA, used post-surgically, enables faster time to discharge and return to normal activity vs placebo/standard of care following lapchole surgery
2. BEXTRA associated with significantly reduced GI pain intensity (per SODA)

**Patient Satisfaction (efficacy/GI perspective)**
1. Patients taking BEXTRA reported satisfaction with dyspepsia-related health

### *Pioneer New Opportunities Beyond Arthritic Pain*
**Acute Pain: BEXTRA Provides Rapid, Powerful Pain Relief**
1. Administered pre-operatively, BEXTRA provides effective and safe relief of post op pain
2. BEXTRA, administered in a surgical setting as part of multimodal therapy, provides effective relief of post-op pain and high patient satisfaction, while reducing the amount of opioid used

**Molecular Properties / Benefits**
1. BEXTRA penetrates the blood brain barrier, and inhibits COX-2 both in the peripheral and central nervous system, thereby reducing central sensitization and neuronal plasticity and reducing risk of the development of acute pain into chronic pain

**Platelet Safety**
1. Since it does not impact platelet function, BEXTRA can be used in a surgical setting and in other situations (i.e. sports injuries) where bleeding may be a problem

## Future Messages
### *Expand CELEBREX and BEXTRA Positions Within Pain Market*
- BEXTRA provides faster onset of action vs rofecoxib in the treatment of OA flare (1H03)
- Power vs narcotics (2H03)
- Younger OA population QOL (2H03)
- Effective in severe RA population (2H04)
- BEXTRA associated with a significantly lower incidence of hypertension vs Vioxx in treated hypertensive patients (2H03)

### *Enhance Value Proposition to Support Broader Utility*
- By 1 week, significantly lower rate of endoscopically identified ulcers vs naproxen (2H03)
- BEXTRA effectively manages low back pain, facilitating faster return to function and productivity (employer study) (2H03)

### *Pioneer New Opportunities Beyond Arthritic Pain*
- BEXTRA provides effective pain relief and improves functionality in the management of acute low back pain (2H03)
- BEXTRA provides effective relief of migraine symptoms (2H03)
- Effective for the treatment of acute gouty arthritis (2H03)
- BEXTRA effective in symptomatic treatment of viral pharyngitis (2H03)

**Effective for the treatment of sports-related injuries**
- Effective in the treatment of acute ankle sprains (2H03)
- Tolerability of BEXTRA superior to tramadol in treatment of acute ankle sprains (2H03)
- Effective in reducing pain in patients undergoing knee arthroscopy (2H03)
- Effective for treatment of pain associated with shoulder repair (rotator cuff) (1H04)
- **Switch message (Dynastat / BEXTRA) (check with T Devasia)**

Exempt from FOIA -

Confidential Treatment Requested

BEX001054428